■ CHRISTINA AYED, Appellant-Respondent, v MOHAMED AYED, Respondent-Appellant.—Cross appeals from an order of the Supreme Court, Kings County (Huttner, J.), dated August 10, 1988.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Huttner at the Supreme Court. Thompson, J. P., Bracken, Kunzeman and Spatt, JJ., concur.